```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

CLIFF JOSEPHSON,

                Plaintiff,

vs.                                    Case No.  2:11-cv-279-FtM-29DNF

FOCUS RECEIVABLES MANAGEMENT, LLC,

                Defendant.
_____

## ORDER

On October 20, 2011, the Court entered an Order (Doc. #24) administratively closing the case for a period of sixty days. That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate any previously scheduled and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __27th__ day of December, 2011.

                                              JOHN E. STEELE
                                              United States District Judge

Copies:
Counsel of record